IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRANCH BANKING & TRUST CO., )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-091
)
C&C SPORTS, INC. and DAVID C. )
ROLISON, )
)
    Defendants. )
)

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment Against Defendant C&C Sports, Inc. (Doc. 11.) Plaintiff filed a complaint against Defendant C&C Sports and Defendant David C. Rolison on May 8, 2014. (Doc. 1.) Defendant C&C Sports was served with a summons and copy of the complaint on July 7, 2014. (Doc. 8 at 1.) After Defendant C&C Sports failed to answer the complaint, default was entered against it on August 14, 2014. (Doc. 10.) Plaintiff filed its Motion for Default Judgment on August 25, 2014, requesting the entry of a default judgment against Defendant C&C Sports pursuant to Rule 55 of the Federal Rules of Civil Procedure. Defendant C&C Sports, who is not subject to the Servicemembers Civil Relief Act,

50 U.S.C. App. §§ 501-596, have failed to respond to both Plaintiff's Motion for Entry of Default and Motion for Default Judgment.

After careful consideration, Plaintiff's Motion is **GRANTED** and judgment is hereby rendered in favor of Plaintiff Branch Banking & Trust Company, and against Defendant C&C Sports in the total amount of $176,776.34. This amount represents $14,099.22 in principal; $611.35 in interest; and $1,496.45 in attorney's fees pursuant to O.C.G.A. § 13-1-11 with respect to Note-1; and $139,283.17 in principal; $6,446.17 in interest; $242.05 in late fees; and $14,597.93 in attorney's fees pursuant to O.C.G.A. § 13-1-11 with respect to Note-3.

SO ORDERED this 27th day of February 2015.

                                                WILLIAM T. MOORE, JR.
                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF GEORGIA