**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

SEP - 1 2015

CLERK
SO. DIST. OF GA

BRANCH BANKING & TRUST CO.,   )
                              )
        Plaintiff,            )
                              )
v.                            )      CASE NO. CV414-091
                              )
C&C SPORTS, INC. and DAVID C. )
ROLISON,                      )
                              )
        Defendants.           )
                              )

## O R D E R

Before the Court is Plaintiff's Notice of Bankruptcy, filed on July 29, 2014, stating that Defendant David C. Rolison has filed for bankruptcy in the Southern District of Georgia. (Doc. 5.) On February 27, 2015, the Court granted Plaintiff's Motion for Entry of Default and entered judgment against Defendant C&C Sports, Inc. (Doc. 12.) Pursuant to 11 U.S.C. § 362, proceedings before this Court must be stayed with respect to Defendant Rolison until the Bankruptcy Court grants relief from the stay, closes the bankruptcy case, or dismisses the bankruptcy petition. Because the only remaining defendant in this case is subject to the bankruptcy stay, the Clerk of Court is **DIRECTED** to **STAY** and **ADMINISTRATIVELY CLOSE THIS CASE.**

Should it become necessary, Plaintiff may move to lift the stay and reopen this case.

SO ORDERED this 31st day of August 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA